IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREW GROSS III,

    Petitioner,                 JUDGMENT IN A CIVIL CASE

v.                                Case No. 13-cv-508-wmc

R. WERLINGER, Warden,
FCI - Oxford,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Andrew Gross III for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction.

    /s/                                                10/10/2013
Peter Oppeneer, Clerk of Court               Date