UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Andrew Gross III

        Petitioner,              Case No. 13-cv-508-wmc

v.

R. Werlinger, Warden, FCI-OXFORD

        Respondent
_____/

## "NOTICE TO APPEAL"

Notice is hereby given that I would like to Appeal to the United States Court of Appeals for the Seventh Circuit, In regards to the District Court's order dated on October 25, 2013. and The district Courts order dated 10-10-2013. This Notice of Appeal is Not for delay, enclosed is a copy of my docketing Statement pursuant to Circuit Rule 3(c).

On This 30th day of October 2013.

respectfully submitted

c.c. Office of The Clerk
United States District Court
120 North Henry Street Room #320
Madison, Wisconsin 53703

/s/ Mr. Andrew Gross III    Pro'Se
Mr. Andrew Gross III
#28240-039
USP Terre Haute
P.O. Box # 33
Terre Haute, Indiana 47808-0033

c.c. Leslie K. Herje
U.S. Attorney's Office
P.O. Box 1585
Madison, WI 53701-1585
608-264-5158  Fax 608-264-5724

2013 NOV -4  AM 11:35
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

(1)