UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Andrew Gross III

   Petitioner,      Case No. 13-cv-508-wmc

v.

R. Werlinger, Warden, FCI-OXFORD

   Respondent
_____/

## "NOTICE TO APPEAL"

Notice is hereby given that I would like to Appeal to the United States Court of Appeals for the Seventh Circuit, In regards to the District Court's order dated on October 25, 2013. and The district courts order dated 10-10-2013. This Notice of Appeal is Not for delay, enclosed is a copy of my docketing Statement pursuant to Circuit Rule 3(c).

On This 30th day of October 2013.

            respectfully submitted

c.c. Office of The Clerk    _M. Andrew Gross III_ Pro'Se
  United States District Court Mr. Andrew Gross III
b 120 North Henry Street Room #320 #28240-039
  Madison, Wisconsin 53703  USP Terre Haute
            P.O. Box # 33
            Terre Haute, Indiana 47808-0033

c.c. Leslie K. Herje
  U.S. Attorney's Office
  P.O. Box 1585
  Madison, WI 53701-1585
  608-264-5158 Fax 608-264-5724

(1)