IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREW GROSS III,                                ORDER

              Petitioner,                          13-cv-508-wmc

       v.

R. WERLINGER, Warden,
FCI- Oxford,

             Respondent.

---

        On October 10, 2013, the court dismissed the habeas corpus petition filed by petitioner Andrew Gross III for lack of jurisdiction under 28 U.S.C. § 2241. On October 25, 2013, the court further denied Gross' motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e). Gross has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee ($455) nor requested leave to proceed *in forma pauperis*. For his appeal to proceed, Gross must pay the docketing fee or submit a properly supported motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, no later than November 27, 2013.

ORDER

        IT IS ORDERED that, no later than November 27, 2013, Gross must pay the appellate docketing fee ($455) or submit a motion for leave to proceed *in forma pauperis* on appeal together with a certified copy of his inmate trust fund account statement. Gross is advised that his appeal may be dismissed if he fails to comply as directed.

        Entered this 8th day of November, 2013.

                                                     BY THE COURT:

                                                     /s/
                                                     PETER OPPENEER
                                                     Magistrate Judge